[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-15314
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00070-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TORREY GRIFFIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(July 14, 2015)

Before HULL, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Richard Shields, appointed counsel for Torrey Griffin, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Griffin's conviction and sentence are **AFFIRMED**.